KARLA J. KRAFT (SB# 205540)
kkraft@hbwllp.com
FRED L. WILKS (SB# 205403)
fwilks@hbwllp.com
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, California 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
J.C. PENNEY CORPORATION, INC.,
erroneously sued as J.C. PENNEY COMPANY, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA GONZALEZ, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>J.C. PENNEY COMPANY, INC.,<br><br>　　　　　Defendant. | NO.: 2:11-cv-00794-KJM-EFB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT** |

Upon consideration of the Stipulation Extending Time for Defendant to Respond to the Complaint, the stipulation is GRANTED. It is hereby ORDERED as follows:

Defendant shall answer, move or otherwise respond to the Complaint on or before July 22, 2011.

**IT IS SO ORDERED**.

Dated:  June 21, 2011.

_____
UNITED STATES DISTRICT JUDGE

51671