1  KARLA J. KRAFT (SB# 205540)
   kkraft@hbwllp.com
2  FRED L. WILKS (SB# 205403)
   fwilks@hbwllp.com
3  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
4  Irvine, California 92618
   Telephone: (949) 450-8040
5  Facsimile: (949) 450-8033

6  Attorneys for Defendant
   J.C. PENNEY CORPORATION, INC.,
7  erroneously sued as J.C. PENNEY COMPANY,
   INC.

8

9              UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

| 12 | RAMONA GONZALEZ, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J.C. PENNEY COMPANY, INC.,<br><br>Defendant. | CASE NO.: 2:11-cv-00794-KJM-EFB<br><br>**ORDER GRANTING EXTENSION OF TIME FOR AMENDMENT OR DISMISSAL OF THE COMPLAINT** |
|---|---|---|

51671

[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR AMENDMENT OR DISMISSAL OF THE COMPLAINT

Upon consideration of the Stipulation Extending Time for Amendment or Dismissal of the Complaint, the Stipulation is GRANTED.  It is hereby ORDERED as follows:

1. Defendant shall not be required to respond to the current operative Complaint, and no default shall result from Defendant not responding to the Complaint.

2. The deadline by which Plaintiff shall either file a first amended complaint or a request for dismissal of the Complaint shall be extended to on or before August 5, 2011.

**IT IS SO ORDERED**.

Dated:  August 1, 2011.

_____
UNITED STATES DISTRICT JUDGE