IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAMONA GONZALEZ,

      Plaintiff,                             Civ. No. S-11-794 KJM EFB

  vs.

J.C. PENNEY COMPANY, inc.,

      Defendant.                        ORDER TO SHOW CAUSE

/

        In light of plaintiff's failure to amend or dismiss her complaint as directed in the order of August 2, 2011 and her failure to participate in the preparation of the joint pretrial status report, the pretrial scheduling conference set for August 24, 2011 is hereby vacated. Plaintiff's counsel is directed to show cause within fourteen days of this order why he should not be sanctioned $150.00 for failing to comply with the order and to confer with opposing counsel, and also why this action should not be dismissed for failure to prosecute.

        IT IS SO ORDERED.

DATED: August 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

1