1  DARRELL PALMER (SB#125147)
   darrell.palmer@palmerlegalteam.com
2  LAW OFFICES OF DARRELL PALMER PC
   603 N. Highway 101, Suite A
3  Solana Beach, CA 92075
   Telephone: (858) 792-5600
4  Facsimile: (858) 792-5655

5  Attorney for Plaintiff RAMONA GONZALEZ

6  KARLA J. KRAFT (SB# 205540)
   kkraft@hbwllp.com
7  FRED L. WILKS (SB# 205403)
   fwilks@hbwllp.com
8  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
9  Irvine, California 92618
   Telephone: (949) 450-8040
10 Facsimile: (949) 450-8033

11 Attorneys for Defendant
   J.C. PENNEY CORPORATION, INC.,
12 erroneously sued as J.C. PENNEY COMPANY,
   INC.

13

14              UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16

| RAMONA GONZALEZ, an individual, on behalf of herself and all others similarly situated, | CASE NO.: 2:11-CV-00794-KJM-EFB |
|---|---|
| Plaintiffs, | **STIPULATION RE: DISMISSAL OF ACTION IN ITS ENTIRETY** |
| vs. | |
| J.C. PENNEY COMPANY, INC., | |
| Defendant. | |

52262

STIPULATION RE: DISMISSAL OF ACTION IN ITS ENTIRETY

Plaintiff Ramona Gonzalez ("Plaintiff") and defendant J.C. Penney Corporation, Inc., erroneously sued herein at JC Penney Company, Inc. ("Defendant"), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, on March 22, 2011, Plaintiff filed this action asserting individual and putative class claims alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*;

WHEREAS, the parties mutually agreed to extend Defendant's time to respond to the complaint due, in part, to Defendant's initial investigation of Plaintiff's claims which indicated that this matter might be easily resolved without controversy;

WHEREAS, after counsel for the parties exchanged information, Plaintiff has agreed to dismiss her individual claims against Defendant with prejudice in exchange for a waiver of costs, and Defendant has agreed to waive costs;

WHEREAS, there is no other agreement for the payment of money to Plaintiff or Plaintiff's counsel in settlement of her claims against Defendant;

WHEREAS, after counsel for the parties exchanged information and met and conferred, Plaintiff's counsel has determined that the requirements for Plaintiff's claims to proceed as a class action could not be met as alleged in the complaint, and has agreed to dismiss the putative class claims without prejudice;

NOW THEREFORE, the parties agree as follows:

1. Plaintiff's individual claims against Defendant shall be dismissed in their entirety with prejudice.

2. The putative class claims asserted against Defendant shall be dismissed in their entirety without prejudice.

3. Defendant waives recovery of costs from Plaintiff.

///

52262

1  4.  This entire action shall be dismissed.

DATED: August 30, 2011        LAW OFFICES OF DARRELL PALMER PC


By:   /s/ *Darrell Palmer*
           DARRELL PALMER

Attorney for Plaintiff
RAMONA GONZALEZ



HODEL BRIGGS WINTER LLP
KARLA J. KRAFT
FRED L. WILKS


Dated:  August 30, 2011        By:   */s/   Karla J. Kraft*
                                          KARLA J. KRAFT
                                    (by permission on 8/30/11)

Attorneys for Defendant
J.C. PENNEY CORPORATION, INC., erroneously sued as J.C. PENNEY COMPANY, INC.

52262

STIPULATION RE DISMISSAL OF PLAINTIFF'S ACTION IN ITS ENTIRETY