UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAMONA GONZALEZ, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>J.C. PENNEY COMPANY, INC.,<br><br>Defendant. | NO. CIV S-11-0794-KJM-EFB<br><br>ORDER DISMISSING ACTION IN ITS ENTIRETY; ORDER RE: ORDER TO SHOW CAUSE |
|---|---|

The court has reviewed the Stipulation re: Dismissal of Action in its Entirety executed by plaintiffs' counsel and defendant's counsel and has reviewed the response to the order to show cause filed by counsel for plaintiff.  Good cause appearing therefor,

IT IS ORDERED that:

1.  Counsel for plaintiff is directed to pay $150.00 to the Clerk of the Court within fourteen days of the date of this order as a sanction for his failure to meet and confer with opposing counsel and to comply with the court's order of August 2, 2011; counsel is directed not to pass this cost onto his client.

2. Plaintiff's individual claims against Defendant are dismissed in their entirety with prejudice.

3. The putative class claims asserted against Defendant shall be dismissed in their entirety without prejudice.

4. No party shall recover costs from any other party.

5. This entire action is dismissed.

IT IS SO ORDERED.

**Date:  9/21/2011**

_____
UNITED STATES DISTRICT JUDGE